# EXHIBIT L

# PLAINTIFF'S SUPPLEMENTAL ANSWERS TO THE DEFENDANT'S INTERROGATORIES

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## AT ASHLAND

| | | |
|---|---|---|
| ANTHONY TODD ARNOTT, M.D. | ) | |
| | ) | **CASE NO. 0:15-CV-00032-DLB** |
| **PLAINTIFF** | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| ASHLAND HOSPITAL CORPORATION | ) | |
| D/B/A | ) | |
| KING'S DAUGHTERS | ) | |
| MEDICAL CENTER | ) | |
| | ) | |
| DEFENDANT | ) | |

## PLAINTIFF'S SUPPLEMENTAL ANSWERS TO THE
## DEFENDANT'S INTERROGATORIES

Plaintiff, Anthony Todd Arnott, M.D., (referred to hereafter as "Plaintiff"), by counsel, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submits his Supplemental Answers to the Defendant, Ashland Hospital Corporation d/b/a King's Daughters Medical Center's Interrogatory Nos. 6, 7, and 8.

## INTERROGATORIES

**INTERROGATORY NO. 6:**    State the total amount of damages claimed by Plaintiff in the Complaint.

**ANSWER:**    Please see Plaintiff's Answer to Interrogatory No. 7 herein.

1

**INTERROGATORY NO. 7:**　　　　Provide an itemized calculation for each category of damages sought by Plaintiff.

**ANSWER:**

1.　　Wages and salary:

$43,150.69 (90 days of $175,000.00 annual salary)

2.　　Compensation for "wRVU" Procedures:

To be calculated upon receipt of discovery of relevant documentation from the Defendant. Per Exhibit "D" of Plaintiff's Employment Agreement, Defendant agreed to pay Plaintiff $40.26 per wRVU. The Plaintiff has requested in his Discovery Requests, documentation solely in Defendant's possession which is necessary to calculate the amount owed the Plaintiff for the "wRVU" payments.

3.　　Tuition Reimbursement:

$30,000.00 as set forth in paragraph 6 of Exhibit "D" of Plaintiff's Employment Agreement.

4.　　KRS Chapter 337 Damages:

Plaintiff is entitled to an additional amount of $43,150.69 as liquidated damages, plus costs and reasonable attorney's fees pursuant to KRS 337.385.

5.　　Legal fees/expenses:

$25,000.00, as of this date; will increase as proceeding continues; plus court costs.

**INTERROGATORY NO. 8:**　　　　In addition to your response to the preceding interrogatory, provide a calculation of all lost wages and benefits that Plaintiff seeks specifically under the Employment Agreement with KDMC, including an itemization for each category of compensation sought under the Agreement (i.e. wages, wrvu payments, bonuses, etc).

**ANSWER:**　　Please see Plaintiff's Answer to Interrogatory No. 7 herein.

2

Respectfully submitted,

THE ZOPPOTH LAW FIRM

Scott P. Zoppoth
Bradley S. Zoppoth
601 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 568-8884
spz@zoplaw.com
bsz@zoplaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via electronic mail and U.S. Mail to the following counsel of record below on this _12_ day of January, 2016.

W. Mitchell Hall, Jr.
Ashley L. Adkins
Wanantwerp Attorneys, LLP
1544 Winchester Avenue, 5th Floor
P.O. Box 1111
Ashland, Kentucky 41105-1111

Scott P. Zoppoth

3