# EXHIBIT "4"

Case: 0:15-cv-00032-DLB-EBA    Doc #: 38-4    Filed: 04/29/16    Page: 2 of 2 - Page ID#: 368



**KING'S DAUGHTERS MEDICAL CENTER**

Taking Medicine Further℠

January 7, 2015

**Via Hand Delivery**
Anthony Arnott, M.D.
King's Daughters Family Care Center
391 W. Tom T. Hall Blvd.
Olive Hill, KY 41164

      *Re:    Notice of Termination for Cause*

Dear Dr. Arnott:

      It has come to my attention that several patient care issues have arisen since you tendered your notice of resignation last week.    More specifically, I understand that you have been prescribing medications on more than one occasion that you are not eligible to prescribe; that you have been prescribing contraindicated medications together; and that you are not prescribing certain medications to patients who may have severe side effects if not tapered off those particular medications.    You missed two of your three scheduled shifts last week and on Monday of this week, you said you would be in by noon, but did not arrive until 2:15 p.m., and I understand that patients were still being seen last night well past 9:00 p.m.   In addition, as of the date of this letter, you have 253 open charts and 2,895 open charts that require your signature for the advanced practitioners that you supervise.   These items, when taken as a whole, constitute a material breach under the terms of your Employment Agreement.

      Therefore, this letter constitutes notice of termination for cause by Ashland Hospital Corporation d/b/a King's Daughters Medical Center ("KDMC") of your Employment Agreement dated October 7, 2014.   Your termination will be effective immediately.   In accordance with Section 19 (b) (xi) of your Employment Agreement, KDMC has made a good faith determination that your continued employment would jeopardize the health, safety or welfare of the patients you serve. KDMC shall have no further obligations to you under the Employment Agreement and your membership on the Medical Staff of the Hospital shall likewise terminate immediately.   Additionally, KDMC intends to enforce your contractual obligations not to compete against KDMC under Section 20 of the Employment Agreement.   Finally, please be advised that KDMC will no longer pay for your attorney in the Kentucky Board of Licensure matter.   While we are unwilling to continue to pay for your attorney, it is solely your decision whether you continue to utilize the legal services Mr. Elder is providing to you in that matter.

      Should you have any questions, please do not hesitate to contact me.

Sincerely,

Sara Marks
Vice President/Executive Director of King's Daughters Integrated Practice

2201 Lexington Avenue, Ashland, KY 41101    ✦    606.408.4000    ✦    www.kdmc.com